

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 • (302) 252-0920

October 15, 2021

Stephen J. Kraftschik
(302) 252-0926
(302) 397-2659 (Fax)
skraftschik@polsinelli.com

**VIA E-FILING**

The Honorable Richard G. Andrews
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE  19801

   Re: *RAB Lighting Inc. v. Ideal Industries Lighting LLC, et al.,*
      C.A. No. 20-1574 (RGA)

Dear Judge Andrews:

 I write on behalf of both parties to request that the Court enter the attached proposed order staying the case pursuant to the Court's rulings during the October 14, 2021, hearing on Defendants' Motion to Stay.  Defendants had previously submitted a different proposed order (D.I. 69), but the parties now agree that the Court should disregard that previous order in favor of the proposed order attached hereto.

         Respectfully,

         */s/ Stephen J. Kraftschik*

         Stephen J. Kraftschik (#5623)

SJK:ncf
Enclosure
cc:  All Counsel of Record (via E-Mail)

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

80334733.1