IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAB LIGHTING INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1574 (RGA) |
| | ) |
| IDEAL INDUSTRIES LIGHTING LLC, d/b/a CREE LIGHTING, and E-CONOLIGHT LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING STAY

The Court, having considered Defendants' Motion to Stay Pending Outcome of *Inter Partes* Review (the "Motion") and good cause appearing therefor,

IT IS HEREBY ORDERED this  18th  day of October, 2021, that:

1. The Motion is hereby GRANTED.

2. The proceedings in this case are STAYED pending the issuance of a final written decision in the *inter partes* reviews of U.S. Patent Nos. 8,985,816 and 9,010,970, IPR Nos. 2021-00646 and 2021-00655, respectively, before the Patent Trial and Appeal Board ("PTAB").

3. Within fourteen (14) days of the issuance of any final written decision by the PTAB, the parties shall file a joint letter informing the Court as to the outcome of the PTAB decision and providing a short statement as to each party's position as to whether the stay should continue pending any appeal.

/s/ Richard G. Andrews
U.S.D.J.

80334777.3